UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WILMINGTON DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. |
| | ) | |
| CAREMERICA, INC. | ) | 06-02913-8-JRL |
| | ) | |
| DEBTOR | ) | CHAPTER 7 |
| | ) | |
| JAMES B. ANGELL, CHAPTER 7 TRUSTEE, | ) | |
| For Caremerica, Inc. | ) | Adversary Proceeding . |
| | ) | Number: 08-00174-8-JRL |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| BER CARE, INC., f/k/a PPS, Inc., Adcar, Inc., Ann H. Day, Antonia P, Elliott f/k/a Antonia Ferrara, Joseph Alex Cannon, Jr., Cher Cannon, Diversified Enterprise, Inc. d/b/a Canon Construction, Cape Associates, L.L.C. Capital Resource Solutions, LLC, Carolina Long Term Care, LLC d/b/a Carolina Care, LLC, City of Kinston, City of Wilson, Crescent State Bank, DeltaCom, Inc., Dona H. Burrell, First Eastern, LLC, GEMSA Loan Services, Limited Partnership, Institution Food House, Inc., Institutional Services, L.L.C., Jette Farrell, John F. Smith III, Joshua Houghton, National Assisted Living Risk Retention Group and/or Rinklin-Shuttleworth of Georgia, LLC, Opesnet Corporation, Pachki Incorporated d/b/a Andy Anderson Agency, Pinewood Associates, a General Partnership and/or Pinewood of Pink Hill, LLC, Powell Properties of Durham County, LLC, Red Mortgage Capital, Inc., Robert D. Shelley, Dawn O. Rowland and/or Walter D. Rowland, Saundra Etheridge, Stanley E. Brunson, Jr., Susan W. Simms, WFY, LLC, Robert D. Shelley d/b/a WYC, LLC and/or Ed Prince d/b/a WYC, LLC | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | **DELTACOM'S MOTION TO DISMISS** |
| | ) | |
| Defendants. | ) | |

Defendant DeltaCom, Inc. moves the Court, pursuant to Federal Rule of Civil Procedure 12(b)(6) and Federal Rule of Bankruptcy Procedure 7012, to dismiss this adversary proceeding for failure to state a claim upon which relief can be granted, for the reasons outlined in the accompanying memorandum of law.

This the 16th day of November, 2008.

                GRAEBE HANNA & WELBORN, PLLC

                /s/ Douglas W. Hanna
                Douglas W. Hanna, NCSB #18225
                Mark R. Sigmon, NCSB #37762
                4350  Lassiter at North Hills, Ste. 375
                Raleigh, NC 27609
                Phone: 919-863-9092
                Fax: 919-863-9095
                Attorney for Defendant

CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of the foregoing document upon the following persons via the Court's electronic CM/ECF system:

Phillip W. Paine
Howard Stallings From & Hutson, P.A.
P. O. Box 12347
Raleigh, NC 27605


This the 16th day of November, 2008.



By:   /s/ Douglas W. Hanna
      Douglas W. Hanna