UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
WILMINGTON DIVISION

In re:
CAREMERICA, INC.
          Debtor

CASE NO. 06-02913-8-JRL
Chapter 7

JAMES B. ANGELL, CHAPTER 7 TRUSTEE,
          Plaintiff,
v.

Adversary Proceeding
No. 08-00174-8-JRL

BER CARE, INC., et al.,
          Defendants.

## MOTION TO DISMISS PLAINTIFF'S COMPLAINT

NOW COME Joseph Alex Cannon, Jr., Cher Cannon, Diversified Enterprise, Inc., and Dona H. Burrell, defendants in this adversary proceeding, by and through undersigned counsel, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure and Rule 7012 of the Federal Rules of Bankruptcy Procedure, move to dismiss the Plaintiff's Adversary Proceeding.

In support of said motion, Defendants refer and hereby incorporate the Memorandum of Law filed on November 4, 2008 on behalf of Defendants First Eastern, LLC and Powell Properties of Durham County, LLC.

This the 13th day of January, 2009.

EVERETT, GASKINS, HANCOCK & STEVENS, LLP

/s/ William P. Janvier
William P. Janvier
N.C. Bar No. 21136
P.O. Box 911
Raleigh, NC 27602
(919) 755-0025

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that a copy of the foregoing **MOTION TO DISMISS PLAINTIFF'S COMPLAINT** has been served upon each of the parties listed below by placing copies of the same in the United States mail, postage prepaid:

Attached Mailing Matrix

This the 13th day of January, 2009.

                **EVERETT, GASKINS, HANCOCK & STEVENS, LLP**

                /s/ William P. Janvier
                William P. Janvier
                N.C. Bar No. 21136
                P.O. Box 911
                Raleigh, NC  27602
                (919) 755-0025

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0417-8<br>Case 08-00174-8-JRL<br>Eastern District of North Carolina<br>Wilson<br>Tue Jan 13 14:51:06 EST 2009 | Adcar, Inc.<br>Attn: James Carroll<br>1941 Prestwick Lane<br>Wilmington, NC 28405-4129 | James B Angell<br>Howard, Stallings, From & Hutson, PA<br>PO Box 12347<br>Raleigh, NC 27605-2347 |
| James B Angell, Trustee<br>PO Box 12347<br>Raleigh, NC 27605-2347 | BER Care, Inc.<br>Attn:  Ronald Burrell, Reg. Agent<br>1100 Harde Raod, Suite 104<br>Kinston, NC 28504-2534 | Bankruptcy Administrator<br>PO Box 3758<br>Wilson, NC 27895-3758 |
| Stephen L. Beaman<br>Stephen L. Beaman, PLLC<br>P. O. Box 1907<br>Wilson, NC 27894-1907 | William E. Brewer Jr.<br>The Brewer Law Firm<br>619 N. Person Street<br>Raleigh, NC 27604-1213 | Stanley Brunson Jr.<br>3810 Red Bluff Road<br>Loris, SC 29569-6235 |
| Dona H. Burrell<br>842 Shin Point Road<br>Wilmington, NC 28409-2114 | Algernon L. Butler, Jr.<br>Butler & Butler, L.L.P.<br>Post Office Box 38<br>Wilmington, NC 28402-0038 | CAPE ASSOCIATES, LLC<br>P.O. BOX 5339<br>SARASOTA, FL 34277-5339 |
| Cher Cannon<br>2911 Alton Phillips Rd<br>Kinston, NC 28504-9099 | Joseph Alex Cannon Jr.<br>2911 Alton Phillips Rd<br>Kinston, NC 28504-9099 | Capital Resource Solutions, LLC<br>P.O. Box 809<br>Clayton, NC 27528-0809 |
| City of Kinston<br>Attn: Manager or Agent<br>207 E. King Street<br>Kinston, NC 28501-4917 | City of Wilson<br>Post Office Box 10<br>Wilson, NC 27894-0010 | Crescent State Bank<br>Michael G Carlton, Registered Agent<br>PO Box 5809<br>Cary, NC 27512-5809 |
| Ann Day<br>700 North Spence Avenue<br>Apt. H-8<br>Goldsboro, NC 27534-4284 | DeltaCom, Inc.<br>7037 Old Madison Pike, Suite 400<br>Huntsville, AL 35806-2107 | Diversified Enterprise, Inc.<br>Attn:  Josep Alex Cannon Jr., Reg. Agent<br>2806 Westbrooke Drive<br>Kinston, NC 28504-1149 |
| Antonia P. Elliott<br>1964 Cane Branch Road<br>Loris, SC 29569-7174 | Saundra Etheridge<br>305 S Thompson St<br>Whiteville, NC 28472-4233 | Paul A. Fanning<br>Ward and Smith, P. A.<br>Post Office Box 8088<br>Greenville, NC 27835-8088 |
| Jette Ferrell<br>1508 Covey Ln<br>Wilmington, NC 28411-8884 | First Eastern, LLC<br>C Steven Powell, Registered Agent<br>150 Moye Court<br>Rocky Mount, NC 27803-1448 | GEMSA Loan Services, Limited Partnership<br>CT Corporation System, Registered Agent<br>225 Hillsborough Street<br>Raleigh, NC 27603-1767 |
| Terri L. Gardner<br>Nelson Mullins Riley & Scarborough, LLP<br>4140 Parklake Avenue, Suite 200<br>Raleigh, NC 27612-3731 | J. Samuel Gorham III<br>Gorham, Crone, Green & Steele, LLP<br>PO Box 2507<br>Hickory, NC 28603-2507 | Christopher T Graebe<br>Graebe Hanna & Welborn, PLLC<br>4350 Lassiter at North Hills, Ste 375<br>Raleigh, NC 27609-5724 |

Douglas Hanna  
Graebe Hanna & Welborn, PLLC  
4350 Lassiter at North Hills Avenue  
Suite 375  
Raleigh, NC 27609-5724  

Robert K. Imperial  
Williams Mullen Maupin Taylor  
A Professional Corporation  
PO Box 19764  
Raleigh, NC 27619-9764  

Institutional Services, L.L.C.  
Harry W Haskins, Registered Agent  
3400 S. Tamiami Trail, Suite 201  
Sarasota, FL 34239-6093  

J. Rich Leonard  
Wilson, nc 27894  

National Assisted Living Risk Retention Grou  
Attn: Linda S. Nethery  
Ranklin-Shuttleworth of Georgia LLC  
5696 Peachtree Pkwy., Ste. A  
Norcross, GA 30092-2835  

Pachki, Incorporated dba Andy Anderson Agenc  
dba Andy Anderson Agency  
c/o Andrew Alfred Anderson, Reg. Agent  
2290 South Bay Street  
Eustis, FL 32726-6361  

Pinewood Associates  
4459 Tar Hill Drive, Suite C  
Pink Hill, NC 28572-9649  

Ed Prince  
dba WYC, LLC  
2011 Ye Olde Kings Hwy  
N Myrtle Beach, SC 29582-2219  

Patrick Donovan Riley  
Rose Rand Attorneys, P.A.  
PO Drawer 2367  
Wilson, NC 27894-2367  

Walter D. Rowland  
1005 Lisa Run Dr  
Kernersville, NC 27284-2385  


Jason Richard Harris  
Rountree, Losee & Baldwin, L.L.P.  
PO Box 1409  
Wilmington, NC 28402-1409  

Stephen G Inman  
P. O. Drawer 53007  
Fayetteville, NC 28305-3007  

William P Janvier  
Everett Gaskins Hancock & Stevens, LLP  
PO Box 911  
Raleigh, NC 27602-0911  

David W Long  
Poyner & Spruill  
3600 Glenwood Avenue  
Raleigh, NC 27612-4945  

John A. Northen  
Northen Blue, LLP  
PO Box 2208  
Chapel Hill, NC 27515-2208  

Philip W. Paine  
Howard, Stallings, From & Hutson, P.A.  
Post Office Box 12347  
Raleigh, NC 27605-2347  

Pinewood of Pink Hill, LLC  
Charles Watson, Registered Agent  
4459 Tar Hill Drive Suite C  
Pink Hill, NC 28572-9649  

David L. Ray  
Fletcher, Ray & Satterfield, LLP  
131 Racine Drive, Suite 201  
Wilmington, NC 28403-8752  

Rinklin-Shuttleworth of Georgia, LLC  
c/o Jeffrey L. Cohen, Reg. Agent  
3530 Rivermood Pkwy. Ste. 2220  
Atlanta, GA 30339  

Robert D. Shelley  
PO Box 556  
Myrtle Beach, SC 29578-0556  


Joshua Houghton  
104 Holly Glade Circle  
Holly Springs, NC 27540-6850  

Institution Food House, Inc.  
c/o Boyd L. George, Reg. Agent  
PO Box 1368  
Hockory, NC 28603-1368  

Gerald A Jeutter Jr.  
PO Box 12585  
Raleigh, NC 27605-2585  

A. Scott McKellar  
Battle, Winslow, Scott & Wiley, PA  
PO Box 7100  
Rocky Mount, NC 27804-0100  

OPESNET Corportion  
Attn:  Jacl N. du Plessis  
950 North Point Parkway, Suite 250  
Alpharetta, GA 30005-5442  

Michael P Peavey  
PO Box 1115  
Wilson, NC 27894-1115  

Powell Properties of Durham County, LLC  
c/o C. Steven Powell, Reg. Agent  
5088 Oak Level Road  
Rocky Mount, NC 27803-8321  

Red Mortgage Capital, Inc.  
c/o Csc-Lawyers Incorporating Services  
(Corporation Service Company) Reg. Agent  
50 W. Broad St., Ste. 1800  
Columbus, OH 43215-5910  

Dawn O. Rowland  
1005 Lisa Run Dr  
Kernersville, NC 27284-2385  

Mark R. Sigmon  
Graebe Hanna and Welborn PLLC  
4350 Lassiter at North Hills Avenue  
Suite 375  
Raleigh, NC 27609-5724

| | | |
|---|---|---|
| Susan Simms<br>2237 Sorrel Lane<br>Winterville, NC 28590-9705 | C. Christopher Smith<br>C. Christopher Smith, P.A.<br>4850 Fayetteville Road, Suite C<br>Lumberton, NC 28358-2100 | John F Smith III<br>26 Highwood Circle<br>Murrells Inlet, SC 29576-9770 |
| Bettie Kelley Sousa<br>Smith Debnam<br>P.O. Drawer 26268<br>Raleigh, NC 27611-6268 | WFY, LLC<br>Attn: Robert Shelley, Reg. Agent<br>1573 Pine Island Road<br>Myrtle Beach, NC 29577-4928 | John S. Williford Jr.<br>Fields & Cooper, PLLC<br>PO Box 4538<br>Rocky Mount, NC 27803-0538 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Butler & Butler, L.L.P. | (u)Carolina Long Term Care, LLC<br>c/o Florence Evans Johnson, Reg. Agent<br>1221 Broad Street | End of Label Matrix<br>Mailable recipients    65<br>Bypassed recipients     2<br>Total                  67 |